**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CHALPIN REALTY SC, LLC.,

                Plaintiff,            24 **CIVIL** 4105 (VEC)

      -against-                       **JUDGMENT**

MARCUS & MILLICHAP REAL ESTATE
INVESTMENT SERVICES, INC.,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 24, 2025, M&M's cross-motion to dismiss the Petition is GRANTED. Accordingly, the case is closed.

**Dated:** New York, New York

     February 24, 2025

                                                **TAMMI M. HELLWIG**
                                                   Clerk of Court

                           **BY:**
                                                     **Deputy Clerk**